(1 of 3)

FILED

SEP 04 2026

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY ______ DEP CLK

A Negligence lawsuit in The North Carolina Industrial Commission

1) I, Derek Highsmith # 1087155 am competent to testify to the facts in this affidavit. 2) I, Derek Highsmith have first-hand knowledge of these facts. 3) In this lawsuit I am suing The North Carolina Department of adult Corrections (DAC) instead of just the 2 individual officials that failed to protect me from flying out of my chair and suffering A broken leg. 4) In the same breath (DAC) does hold accountability for it's employees who where negligent at duty. 5) The employee had A breach in their assignment and fail to meet that duty. 6) The DAC employees failed to maintain safe conditions for me by one not strapping me down properly and for two not putting A seat belt/safety harness around me, causing

me to suffer A broken leg. 7) From that fall I suffered A broken tibia and fibula, and I had to have sergury that put A rod into my leg. 8) The whole situation stemed from the officer constantly hear me requesting for A seat belt, but never providing one. Jones v. North Carolina Department of Public Safety, 293 N.C. App. 615, 611 (2024) ("The Department of Public Safety does owe A duty of reasonable care to protect inmates from reasonabley forseeable harm"). citing Taylor v. Department of Corrections, 88 N.C. App. 446, 451 (1988). 9) DAC knew about my condition and my situation well before hand and yet and still did exactly what they wanted to do is put what seems to be two rookies on the task for what was my transport from Hakerton to Raleigh, NC.

10) These 2 suppose to be highly trained transfer officals didn't even try doing What A reasonable person would have done, which was put A seat belt around me. 11) This such negligence has created A phobia for me entering those nasty, dangerous transfer Vans.

# 1087155

* [signature]

Derek Highsmith
Maury Corr Inst.
2568 Moore Rouse rd.
Hookerton, NC 28538