IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-CT-3045-D

DEREK EDWIN HIGHSMITH, )
)
Plaintiff, )
)
v. ) **ORDER**
)
JESSIKA BOWDEN, et al., )
)
Defendants. )

On February 25, 2025, Derek Edwin Highsmith ("Highsmith" or "plaintiff"), a state inmate proceeding pro se, filed a complaint under 42 U.S.C. § 1983 [D.E. 1]. Attorney Luke Beyer has moved to withdraw as plaintiff's counsel. See [D.E. 35]. For good cause shown, the court GRANTS the motion [D.E. 35]. The Clerk of Court is DIRECTED to terminate Luke Beyer as attorney of record for Highsmith and to discontinue his electronic notification in this matter. Attorney Daixi Xu will remain counsel of record for Highsmith for the limited purpose of assisting with conducting discovery.

SO ORDERED. This 8 day of September, 2026.

JAMES C. DEVER III
United States District Judge