**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**

**No. 5:25-ct-03045-D**

| | |
|---|---|
| **DEREK EDWIN HIGHSMITH,**<br><br>Plaintiff,<br><br>**v.**<br><br>**JESSIKA BOWDEN and MICHAEL JOHNSON,**<br><br>Defendants. | **NCPLS RESPONSE TO APPOINTMENT ORDER** |

In response to the court's order and pursuant to Standing Order 21-SO-11, I have assisted Plaintiff with discovery and provided legal advice in this case. As a result of my review of the discovery, North Carolina Prisoner Legal Services, Inc. will not provide further representation to Plaintiff in this action.

Respectfully submitted on October 1, 2026.

/s/ *Daixi Xu*
Daixi Xu
N.C. Bar No. 58845
N.C. Prisoner Legal Services, Inc.
Post Office Box 25397
Raleigh, North Carolina 27611
(919) 856-2200
(919) 856-2223 (Fax)
dxu@ncpls.org

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record. I further certify that I mailed a copy of the foregoing via USPS, postage prepaid, to the following individual:

Mr. Derek Highsmith, OPUS#: 1087155
Maury Correctional Institution
P.O. Box 506
Maury, NC 28554

/s/ Daixi Xu
Daixi Xu