IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:25-CT-3045-D

| | | |
|---|---|---|
| DEREK HIGHSMITH,<br><br>Plaintiff,<br><br>v.<br><br>CORRECTIONAL OFFICER BOWDEN, et al.,<br><br>Defendants. | ) | **DEFENDANTS' MOTION FOR LEAVE TO FILE VIDEO EXHIBIT MANUALLY** |

NOW COME Defendants Bowden and Johnson ("Defendants"), through undersigned counsel, Special Deputy Attorney General James Barnes, IV, and hereby move this court for an order allowing leave to file Defendants' **Exhibit 1C** (video footage) manually in support of Defendants' Motion for Summary Judgment and state as follows:

In this case, the incarcerated Plaintiff alleges that on November 30, 2023, Defendants improperly restrained him during a transport to Court and as a result, Plaintiff fell from his wheelchair and broke his leg when Defendants made a sudden stop.

Defendants filed their Motion for Summary Judgment on November 11, 2026. In support of their motion, Defendants further filed a Memorandum of Law with attached declarations and exhibits. The supporting materials to Defendants' Motion for Summary

Judgment include an Incident Report with related video recordings from November 30, 2023, retained from the date of the alleged incident in question. The video depicts the only available recordings in response to the incident in which Plaintiff alleges medical deliberate indifference. It supports that Plaintiff was properly restrained by Defendants.

WHEREFORE, Defendants move this court for an order to allow Defendants' **Exhibit 1C** (video footage) to be manually filed.

This the 12th day of November 2026.

**JEFF JACKSON**
**Attorney General**

/s/ James A. Barnes, IV
James A. Barnes, IV
Assistant Attorney General
N.C. State Bar No. 33356
N.C. Department of Justice
P.O. Box 629
Raleigh NC 27602-0629
Telephone: (919) 716-6786
Facsimile: (919) 716-6761
E-mail: jabarnes@ncdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on this day, I electronically filed the foregoing with the Clerk of the Court utilizing the CM/ECF system, and I further hereby certify that I mailed this document to the following non-CM/ECF participant, first-class United States Mail, postage prepaid, addressed as follows:

Derek Edwin Highsmith
1087155
Maury Correctional Institution
P.O. Box 506
Maury, NC 28554
*Pro se plaintiff*

This the 12th day of November 2026.

/s/ James A. Barnes, IV
James A. Barnes, IV
Assistant Attorney General